# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CW 20-376 consolidated with CW 20-377, CA 20-556, CA 20-557, CW 21-155 & CW 21-156

**PHILMER JOHNSON, JR., ET AL.**

**VERSUS**

**CITY OF WESTLAKE**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2017-5089
HONORABLE RONALD F. WARE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. LARRY VIDRINE\***
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy H. Ezell, D. Kent Savoie, and J. Larry Vidrine\*, Judges.

**REVERSED AND RENDERED.**

---

\* Honorable J. Larry Vidrine participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

J. Michael Veron
Peyton F. Pawlicki
Veron, Bice, Palermo & Wilson, LLC
P.O. Box 2125
Lake Charles, LA  70602-2125
(337) 310-1600
COUNSEL FOR DEFENDANT/APPELLEE:
 City of Westlake

Steven Broussard
Aaron Broussard
Michael Williamson
Jason R. Bell
Rachel K. Couvillion
John Mark Fezio
Broussard & Williamson, LLC
1301 Common Street
Lake Charles, LA  70601
(337) 439-2450
COUNSEL FOR PLAINTIFFS/APPELLANTS:
 Paula Johnson
 Marie Moore
 Philmer Johnson, Jr.
 Daniel L. Moore

Thomas P. Anzelmo, Sr.
Lynda Tafaro
McCranie, Sistrunk, Anzelmo,
Hardy, McDaniel & Welch, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
(504) 831-0946
COUNSEL FOR DEFENDANTS/APPELLEES:
 OneBeacon Services, LLC
 Atlantic Specialty Insurance Company

Soren E. Gisleson
Charles M. King
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
COUNSEL FOR PLAINTIFFS/APPELLANTS:
 Daniel L. Moore
 Marie Moore
 Paula Johnson
 Philmer Johnson, Jr.

**VIDRINE, Judge Pro Tempore.**

For the reasons set forth in the case of *Daniel L. Moore and Marie Moore v. City of Westlake,* 20-556 (La.App. 3 Cir. __/__/____), __So.3d ____, the judgment of the trial court is reversed. We render that the City of Westlake's ordinances 880-882 were legally enacted, not discriminatory, and were reasonable. Costs of this appeal are assessed to Plaintiffs.